IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00118-WYD-CBS

LAURIE THOMPSON and
STEPHEN THOMPSON, individually, and as parents and next friends of
SCOTT THOMPSON, a minor,

    Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS CORPORATION,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court upon a review of parties' Joint Status Report (*doc. no. 30*).

IT IS HEREBY ORDERED that the deadline to submit dismissal paperwork is extended to **September 2, 2008**.

IT IS FURTHER ORDERED that Defendant's Motion to Stay Discovery Until After Disposition of Pending Motion to Sever (*doc. no. 6*) filed January 17, 2008 is DENIED, without prejudice.

**DATED:**    July 1, 2008