IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00118-WYD-CBS

LAURIE THOMPSON and
STEPHEN THOMPSON, individually, and as parents and next friends of
SCOTT THOMPSON, a minor,

     Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation,

     Defendant.

---

**ORDER**

---

     The parties have filed a Stipulation for Dismissal with Prejudice, filed November

3, 2008 (docket #37).  After a careful review of the Stipulation and the file, the Court

concludes that the case should be dismissed with prejudice.  Accordingly, it is

     ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay

their own costs and attorney's fees.

Dated:  November 3, 2008

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge